IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| CLEVE ALEXANDER JOHNSON, | : | 1:08CR233-1 |
| also known as "Cuz" | : | |
| MELVIN HERBERT JOHNSON, | : | 1:08CR233-2 |
| also known as "Wizard" | : | |

FILED JUL - 1 2008 IN THIS OFFICE CLERK U.S. DISTRICT COURT GREENSBORO, NC BY..........

The Grand Jury charges:

COUNT ONE

From on or about December 7, 2007, continuing up to and including the present, the exact dates to the Grand Jurors unknown, in the Counties of Guilford and Surry, in the Middle District of North Carolina, and elsewhere, CLEVE ALEXANDER JOHNSON, also known as "Cuz," MELVIN HERBERT JOHNSON, also known as "Wizard," and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

COUNT TWO

On or about December 7, 2007, in the County of Surry, in the Middle District of North Carolina, CLEVE ALEXANDER JOHNSON, also known as "Cuz," and MELVIN HERBERT JOHNSON, also known as "Wizard," willfully, knowingly and intentionally did unlawfully attempt to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

A TRUE BILL:

_____
FOREPERSON

_____
RANDALL S. GALYON
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY