IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:08CR233-1 |
| | : | |
| V. | : | |
| | : | INFORMATION OF PRIOR |
| CLEVE ALEXANDER JOHNSON | : | CONVICTION |

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, pursuant to Title 21, United States Code, Section 851(a)(1), and Title 21, United States Code, Section 850, informing the Court that defendant, CLEVE ALEXANDER JOHNSON, has been previously convicted on February 22, 2002, of a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), that is, possession with intent to distribute less than 50 kilograms of marijuana, under Criminal Docket Number 2:02CR00266-001JC. The aforesaid proceeding was held in the United States District Court for the District of New Mexico.

WHEREFORE, the United States respectfully requests that the defendant, CLEVE ALEXANDER JOHNSON, be subjected to the increased penalties provided for in Title 21, United States Code, Section 841(b)(1)(B).

This the 4th day of December, 2008.

Respectfully submitted,

ANNA MILLS WAGONER
UNITED STATES ATTORNEY


/S/ RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119
United States Attorney's Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351
E-mail: randall.galyon@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  A. Wayne Harrison, Esquire.

/S/ RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119
United States Attorney's Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351
E-mail: randall.galyon@usdoj.gov